# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 95 EM 2016 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| MAIKEL POULICZEC, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 96 EM 2016 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| MAIKEL POULICZEC, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of August, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

   Justices Donohue and Mundy did not participate in the consideration or decision of this matter.